UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-60063-CIV-SINGHAL

MARLINE JOSEPH,

    Plaintiff,

v.

NATIONWIDE CREDIT, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on *sua sponte* review of the record. The instant case originated in the Seventeenth Judicial Circuit Court, in and for Broward County, Florida, titled *Marline Joseph v. Nationwide Credit, Inc.*, Case No.: COCE-21-068809 on November 23, 2021. On January 10, 2022, Defendant Nationwide Credit, Inc. ("Defendant") removed this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*. *See* (Not. of Removal (DE [1]) filed Jan. 10, 2022. Plaintiff Marline Joseph ("Plaintiff") filed a four-count Complaint (DE [1-1]) based on alleged practices in violation of federal law. Previously, on November 23, 2021, however, Plaintiff filed a substantially similar complaint with this Court in a case titled *Marline Joseph v. Nationwide Credit, Inc.*, Case No.: 21-cv-62343-AHS (the "First Lawsuit").

"Federal courts . . . retain broad powers to prevent duplicative or unnecessary litigation." *Slack v. McDaniel*, 529 U.S. 473, 478 (2000). "[T]he general rule is that a suit is duplicative of another suit if the parties, issues and available relief do not significantly differ between the two actions." *I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541,

1551 (11th Cir. 1986) (citing cases). "Trial courts are afforded broad discretion in determining whether to stay or dismiss litigation in order to avoid duplicating a proceeding already pending in another federal court." *Id.* at 1551–52.

The First Lawsuit remains open and pending before this Court. As such, there is no reason for the instant case to remain open. The Eleventh Circuit has "adopted a rule against a plaintiff maintaining two separate actions involving the same subject matter, at the same time, in the same court, against the same defendant." *Rumbough v. Comenity Cap. Bank*, 748 Fed. Appx. 253, 255 (11th Cir. 2018) (citing *Vanover v. NCO Fin. Servs.*, 857 F.3d 833, 840–42 (11th Cir. 2017) (affirming district court's decision to dismiss a second lawsuit as duplicative of a prior lawsuit). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED as duplicative** of the lower-numbered case, *Marline Joseph v. Nationwide Credit, Inc.*, Case No.: 21-cv-62343-AHS. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions. Furthermore, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of February 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF